# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOHAMMADMAHDI AGHELI HAJIABADI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHAD WOLF, IN HIS OFFICIAL CAPACITY AS ) <br> ACTING SECRETARY OF UNITED STATES ) <br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 20-cv-10807 |

## CONSENT MOTION FOR LEAVE TO FILE MOTION TO STAY UNDER SEAL

Pursuant to Local Rules 7.2 and 83.6.11, Defendants hereby move for leave to file under seal Defendants' forthcoming motion to stay all proceedings in this matter. Defendants will provide a fuller explanation for the need to file under seal as part of the motion to stay itself. However, that pleading will necessarily include information of a sensitive nature that cannot be disclosed to the public.[1] Defendants have conferred with counsel for Plaintiff regarding this motion, and Plaintiff consents to the filing of this motion for leave to file under seal.

WHEREFORE, Defendants request that this motion be granted and that Defendants be permitted to file their forthcoming Motion to Stay under seal.

---

[1] In the event that this Court denies this motion for leave to file under seal, Defendants would in the alternative request leave to file under seal their motion for leave to file the motion to stay under seal.

Dated:  June 25, 2020                           Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

 /s/ Martin M. Tomlinson
MARTIN M. TOMLINSON (SC Bar No. 76014)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel: (202) 353-4556
Fax: (202) 616-8470
martin.m.tomlinson@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2020, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

/s/ Martin M. Tomlinson  
MARTIN M. TOMLINSON
