**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MOHAMMADMAHDI AGHELI HAJIABADI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHAD WOLF, IN HIS OFFICIAL CAPACITY AS )<br>ACTING SECRETARY OF UNITED STATES )<br>DEPARTMENT OF HOMELAND SECURITY, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 20-cv-10807 |

## MOTION TO STAY PROCEEDINGS

Defendants hereby move to stay all proceedings and deadlines in this matter pursuant to Local Rule 7.1. Defendants have prepared a memorandum in support of this motion explaining why a stay is appropriate under the circumstances presented by this Case, but, as explained in Defendants' Consent Motion for Leave to File Under Seal, Dkt. No. 7, the basis for the motion would require the disclosure and discussion of sensitive nonpublic information that both Parties agree should not be disclosed in a public filing. The need for the memorandum in support of the motion to stay to be filed under seal is specifically addressed in the memorandum itself. Defendants are prepared to file an amended motion to stay, with the memorandum in support of the motion, in the event that the Consent Motion for Leave to File Under Seal is granted. Defendants are also prepared to submit the memorandum in support of the motion to stay to this Court for *ex parte* review, or any other method for non-public filing or review that this Court deems appropriate.

Dated: June 29, 2020	Respectfully submitted,

	JOSEPH H. HUNT
	Assistant Attorney General

	BRIGHAM J. BOWEN
	Assistant Branch Director

	 /s/ Martin M. Tomlinson
	MARTIN M. TOMLINSON (SC Bar No. 76014)
	Trial Attorney
	U.S. Department of Justice
	Civil Division, Federal Programs Branch
	1100 L Street NW
	Washington, D.C. 20530
	Tel: (202) 353-4556
	Fax: (202) 616-8470
	martin.m.tomlinson@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2020, a true and correct copy of the foregoing was filed via this Court's ECF filing system, which effects electronic service to counsel of record for all parties.

/s/ Martin M. Tomlinson
MARTIN M. TOMLINSON