UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOHAMMADMAHDI AGHELI HAJIABADI,<br><br>    Plaintiff,<br><br>v.<br><br>CHAD F. WOLF, in his official capacity as ACTING SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | CIV. NO. 20-cv-10807-DHH |

**MOTION TO WITHDRAW APPEARANCE OF JONATHAN C. CRAFTS
AS COUNSEL TO PLAINTIFF MOHAMMADMAHDI AGHELI HAJIABADI**

With the assent of Defendants, and pursuant to Local Rule 83.5.2(c)(1)(A), plaintiff Mohammadmahdi Agheli Hajiabadi ("**Plaintiff**") respectfully moves for leave from the Court permitting the withdrawal of Jonathan C. Crafts as one of its counsel in the above-captioned matter. Plaintiff is and will continue to be represented in this matter by Joseph L. Demeo of Demeo LLP.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave permitting the withdrawal of Jonathan C. Crafts' appearance in this matter.

Respectfully Submitted,

/s/ Jonathan C. Crafts
Jonathan C. Crafts (BBO #677887)
188 Main Street
Acton, MA 01720
Tel:  (917) 488-5462
Email: jcraftslaw@gmail.com

Dated: July 9, 2020

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that counsel for Mohammadmahdi Agheli Hajiabadi has conferred with counsel for the Defendants, who have assented to this motion.

/s/ Jonathan C. Crafts

## CERTIFICATE OF SERVICE

I, Jonathan C. Crafts, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) through the Court's transmission facilities.

/s/ Jonathan C. Crafts

Dated: July 9, 2020