UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOHAMMADMAHDI AGHELI HAJIABADI,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAD F. WOLF, in his official capacity as ACTING SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | Civil Action No. 20-10807-TSH |

**PLAINTIFF'S SECOND ASSENTED-TO MOTION TO ENLARGE THE TIME TO OPPOSE DEFENDANTS' MOTION TO STAY**

Plaintiff Mohammadmahdi Agheli Hajiabadi ("Plaintiff" or "Hajiabadi") hereby moves for an additional extension of time to respond to Defendants' Motion to Stay (ECF dkt. No. 10) from July 30, 2020 to August 13, 2020.  Plaintiff requests this additional extension to allow him sufficient time to respond to the arguments in Defendants' Motion to Stay.  The Defendants assented to this Motion and the new deadline of August 13, 2020.  Further, no prejudice will result from the proposed extension.

WHEREFORE, Mohammadmahdi Agheli Hajiabadi respectfully requests that this Court grant this Motion to Enlarge the Time to Oppose Defendants' Motion to Stay to August 13, 2020.

Dated: July 30, 2020

                                            Respectfully submitted,

MOHAMMADMAHDI AGHELI HAJIABADI

By his attorneys,

*/s/ Joseph L.Demeo*
Joseph L. Demeo (BBO No. 561254)
Demeo LLP
200 State Street
Boston, Massachusetts 02109
jdemeo@demeollp.com
Tel.: (617) 263-2600
Fax: (617) 263-2300

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I have conferred with Defendants' counsel about this Motion and counsel has assented to the extension sought herein.

*/s/Joseph L. Demeo*
Joseph L. Demeo

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2020, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent to those indicated as non-registered participants.

*/s/ Joseph L. Demeo*
Joseph L. Demeo