UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOHAMMADMAHDI AGHELI HAJIABADI,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAD F. WOLF, in his official capacity as ACTING SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | Civil Action No. 20-10807-TSH |

**CONSENT MOTION FOR LEAVE TO FILE OPPOSITION
TO MOTION TO STAY UNDER SEAL**

    Pursuant to Local Rules 7.2 and 83.6.11, Plaintiff hereby moves for leave to file under seal his forthcoming Opposition to Defendants' Motion to Stay.  The Plaintiff's Opposition contains references to information of a sensitive nature that cannot be disclosed to the public. Plaintiff has conferred with counsel for the Defendants regarding this motion, and Defendants consent to the filing of this motion for leave to file under seal.

    WHEREFORE, Plaintiff requests that this motion be granted and that Plaintiff be permitted to file his forthcoming Opposition to the Motion to Stay under seal.

Dated: August 13, 2020

    Respectfully submitted,

    MOHAMMADMAHDI AGHELI HAJIABADI

    By his attorneys,

    */s/ Joseph L.Demeo*
    Joseph L. Demeo (BBO No. 561254)

- 2 -

        Demeo LLP
        200 State Street
        Boston, Massachusetts 02109
        jdemeo@demeollp.com
        Tel.: (617) 263-2600
        Fax: (617) 263-2300

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I have conferred with Defendants' counsel about this Motion and counsel has consented to the filing of this Motion.

        */s/Joseph L. Demeo*
        Joseph L. Demeo

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2020, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent to those indicated as non-registered participants.

        */s/ Joseph L. Demeo*
        Joseph L. Demeo