IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MOHAMMADMAHDI AGHELI HAJIABADI,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CHAD WOLF, IN HIS OFFICIAL CAPACITY AS  )<br>ACTING SECRETARY OF UNITED STATES  )<br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,  )<br>  )<br>  Defendants.  )<br>  ) | Civil Action No. 20-cv-10807 |

## STATUS REPORT

Pursuant to this Court's minute order of November 30, 2020, Defendants provide this status report to update the Court on the devices that are the subject of Plaintiffs' complaint in this matter. As of this time, Defendants retain the devices specified in Plaintiffs' complaint, and continue to need to retain those devices for the reasons and circumstances outlined in more detail in Defendants' sealed memorandum in support of their motion to stay this matter, Dkt. No. 10, which remain largely unchanged.[1] Pursuant to this Court's minute order, Defendants will provide this Court with another status report in six weeks, on or before February 22, 2021.

---

[1] To the extent the Court requires more detail on current circumstances, Defendants can provide some more information on the current status of the Government's retention of the devices, but because such information would necessarily be of a sensitive nature that should not be disclosed to the public, Defendants would request leave from this Court to file such a status report under seal.

Dated: January 11, 2021

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

 /s/ Martin M. Tomlinson
MARTIN M. TOMLINSON (SC Bar No. 76014)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel: (202) 353-4556
Fax: (202) 616-8470
martin.m.tomlinson@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2021, a true and correct copy of the foregoing was served upon counsel for Plaintiff via electronic mail.

/s/ Martin M. Tomlinson
MARTIN M. TOMLINSON