IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOHAMMADMAHDI AGHELI HAJIABADI,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, IN HIS OFFICIAL CAPACITY AS SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY,[1] *et al.*,<br><br>    Defendants. | Civil Action No. 20-cv-10807 |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Michael Drezner of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance in the above-captioned case on behalf of Defendants.

Dated:  March 15, 2021

                                        Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Acting Assistant Attorney General

                                        BRIGHAM J. BOWEN
                                        Assistant Branch Director

                                         /s/ Michael Drezner
                                        MICHAEL DREZNER (VA Bar No. 83836)
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street NW
                                        Washington, D.C. 20005
                                        Tel: (202) 514-4505
                                        Fax: (202) 616-8470
                                        michael.l.drezner@usdoj.gov

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Secretary Mayorkas is automatically substituted as a Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2021, a true and correct copy of the foregoing was filed electronically via the Court's ECF system, which sent notification of such filing to counsel of record for all parties.

    /s/ Michael Drezner
MICHAEL DREZNER