IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOHAMMADMAHDI AGHELI HAJIABADI,  <br><br>  Plaintiff,  <br><br> v.  <br><br> ALEJANDRO MAYORKAS, IN HIS OFFICIAL CAPACITY AS SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,  <br><br>  Defendants. | Civil Action No. 20-cv-10807 |

## STATUS REPORT

Pursuant to this Court's minute order of November 30, 2020, Defendants provide this status report to update the Court on the devices that are the subject of Plaintiff's complaint in this matter. Defendants continue to retain the devices specified in Plaintiff's complaint. Defendants need to retain those devices for the reasons and circumstances outlined in more detail in Defendants' sealed memorandum in support of their motion to stay this matter, Dkt. No. 10, which remain largely unchanged.[1] Pursuant to this Court's minute order, Defendants will provide this Court with another status report in six weeks, on or before October 29, 2021.

---

[1] To the extent the Court requires more detail on current circumstances, Defendants can provide some more information on the current status of the Government's retention of the devices, but because such information would necessarily be of a sensitive nature that should not be disclosed to the public, Defendants would request leave from this Court to file such a status report under seal.

Dated: September 20, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

s/ Martin M. Tomlinson
Martin M. Tomlinson (SC Bar No. 76014)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 353-4556
Fax: (202) 616-8470
martin.m.tomlinson@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2021, a true and correct copy of the foregoing was filed using the Court's CM/ECF system, which effects service on counsel of record.

/s/ Martin M. Tomlinson
MARTIN M. TOMLINSON